IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RONNIE BARTON, <br> TDCJ No. 01792342, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | §§§§§§§§§§§ | Civil Action No. 7:21-cv-00031-M-BP |

## ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Amended Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED** this 15th day off June, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE